FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-21-00240-CV

**INTEREST OF C.H., J.H., E.H., I.B.H., AND I.A.H.**

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. CV06287
Honorable Pedro (Pete) Gomez Jr., Judge Presiding

# O R D E R

The Appellant, S.H.'s Motion for Extension of Time to File Brief is hereby GRANTED. The appellant, S.H.'s brief is due on or before September 3, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court